JOHN GAY ET AL., APPELLEES, v. E. P. REYNOLDS ET AL.,
APPELLANTS.

FILED DECEMBER 22, 1898. No. 8551.

1. Bill of Exceptions: AUTHENTICATION: REVIEW. A bill of excep-
tions will not be examined in this court if not authenticated by
the certificate of the clerk of the trial district court.

2. ———: REVIEW. If there is no bill of exceptions, questions of
fact, or the sufficiency of the evidence to sustain the findings of
the court, cannot be considered.

APPEAL from the district court of Gage county. Heard
below before BUSH, J. *Affirmed.*

*E. N. Kauffman,* for appellants.

*A. D. McCandless, contra.*

HARRISON, C. J.

In an appeal in this action the question urged is in
relation to the sufficiency of the evidence to sustain the
findings upon which the judgment or decree was predi-
cated. To determine the force of the arguments would
necessitate the examination of the evidence adduced in
the trial court. The document in the record which pur-
ports to be the bill of exceptions, and to contain the evi-
dence, lacks the authentication of the clerk of the dis-
trict court, and will not be examined. (*Hazelet v. Holt
County,* 51 Neb. 724; *Andres v. Kridler,* 47 Neb. 585.)

Questions of fact will not be considered in this court
if there is no bill of exceptions. (*Everingham v. Harris,*
51 Neb. 627.) It follows that the judgment must be

AFFIRMED.